The application is denied. There appears no error of law in the judgment complained of.

187 So.2d 445

Hermann **HELGASON** et al.

v.

**HARTFORD INSURANCE COMPANY** et al.

No. 48250.

June 22, 1966.

In re: Mr. and Mrs. Gerald R. Dunn and State Farm Mutual Automobile Insurance Company applying for certiorari, or writ of review, to the Court of Appeal, Second Circuit, Parish of Caddo. 187 So. 2d 140.

Writ refused. On the facts found by the Court of Appeal there appears no error of law in its judgment.